UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-241(DSD)

UNITED STATES OF AMERICA, )
)
Plaintiff, ) ORDER
)
v. )
)
RANDY DEAN MYHRE, )
)
Defendants. )

This matter comes before the Court for an order regarding restitution. The Court understands that the defendants and the victim have agreed to compromise the balance due on defendants' restitution obligation.

1. On February 12, 2001, this Court imposed a restitution obligation for Randy Dean Myhre of $379,506.03 payable to Clerk of Court on behalf of victim Wells Fargo Bank.

2. To date, defendant has paid $6,698.00 restitution, leaving a balance due of $467,552.03.

3. The Court has now been informed that the victim is willing to accept a lump sum cash payment of $30,000 in full and final settlement of restitution balance due defendant, as outlined in the attached letter from the victim Wells Fargo.

Based upon the agreement of defendant and the victim and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that upon notice that the $30,000.00 outlined above has been paid, defendant's restitution obligations will be deemed fully, finally and completely satisfied.

Dated: December 16, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court